IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ANTONIO ROBINSON, | § § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:20-CV-212-JDK-KNM |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Petitioner Antonio Robinson, an inmate proceeding *pro se*, filed the above-styled and numbered petition for writ of habeas corpus. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On June 29, 2020, the Magistrate Judge issued a Report and Recommendation (Docket No. 8), recommending that Petitioner's motion for voluntary dismissal (Docket No. 7) be granted. *Id.* at 1. A return receipt indicating delivery to Petitioner was received by the Clerk on July 27, 2020. Docket No. 9.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Petitioner did not file objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 8) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 8) be **ADOPTED**.  It is further

**ORDERED** that Petitioner's motion for voluntary dismissal without prejudice (Docket No. 7) is **GRANTED** and the petition is **DISMISSED WITHOUT PREJUDICE**.

So **ORDERED** and **SIGNED** this **20th**   day of  **August, 2020.**

*[signature]*
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE